# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, et al., | CASE NO.: 2:21-CV-3266-FMO-PLA |
| Plaintiffs, | [PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER |
| vs. | |
| FARMERS GROUP, INC., et al. | |
| Defendants. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED**.

Dated: November 4, 2021

_____
Paul L. Abrams
United States Magistrate Judge

Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071