Randall A. Hack (admitted *pro hac vice*)
rhack@lockelord.com
Brian I. Hays (admitted *pro hac vice*)
bhays@lockelord.com
LOCKE LORD LLP
111 S. Wacker Dr.
Chicago, IL 60606
Telephone: (312) 443-0700

LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500

Attorneys for Defendant
FARMERS GROUP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, et al., | CASE NO.: 2:21-CV-3266-FMO-PLA |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| vs. | |
| FARMERS GROUP, INC., et al. | |
| Defendants. | |
| | Complaint Filed: April 15, 2021 |

Plaintiffs William Loftus and Deborah Schick and Defendants Farmers Group, Inc., John M. Hilland Insurance Agency, Asif Shah, and Greg Safady, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed with prejudice with each party to bear its own attorneys' fees and costs. The notice and approval requirements of Federal Rule of

1  Civil Procedure 23€ are inapplicable to the parties settlement and dismissal of this
2  putative class action because the dismissal concerns the Plaintiffs' individual claims
3  and no class has been certified.

Dated: February 15, 2022       ADAM J. SCHWARTZ ATTORNEY AT LAW
                               PARONICH LAW PC
                               KEOGH LAW LTD.

                               By: */s/ Anthony Paronich*
                                       Anthony Paronich
                               *Attorneys for Plaintiffs William Loftus and Deborah Schick*

Dated: February 15, 2022       LOCKE LORD LLP

                               By: */s/ Brian I. Hays*
                                       Brian I. Hays
                               *Attorneys for Defendant Farmers Group, Inc.*

Dated: February 15, 2022       HINSHAW AND CULBERTSON LLP

                               By: */s/ Michael A. S. Newman*
                                       Michael A. S. Newman
                               *Attorneys for Defendants John M. Hilland Insurance Agency, Inc., Asif Shah and Greg Safady*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to counsel for Plaintiffs William Loftus and Deborah Schick and counsel for Defendants John M. Hilland Insurance Agency, Inc., Asif Shah and Greg Safady, and that I have obtained their authorization to affix their electronic signatures to this document.

Dated:  February 15, 2022          LOCKE LORD LLP

By: */s/Brian I. Hays*
    Brian I. Hays
    *Attorneys for Defendant Farmers Group, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM LOFTUS, et al., | ) | CASE NO.: 2:21-CV-3266-FMO-PLA |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| vs. | ) | |
| FARMERS GROUP, INC., et al. | ) | |
| Defendants. | ) ) | |
| | ) | Complaint Filed: April 15, 2021 |

The Joint Stipulation of Dismissal of Action with Prejudice as to the Named Plaintiffs and Without Prejudice as to the Putative Class is hereby approved. The entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: _____   By: _____
                                                                       Hon. Fernando M. Olguin
                                                                       United States District Judge