# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FARMERS GROUP, INC., et al. <br><br> Defendants. | CASE NO.: 2:21-CV-3266-FMO-PLA <br><br> **ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** <br><br> Complaint Filed: April 15, 2021 |

The Joint Stipulation of Dismissal of Action with Prejudice as to the Named Plaintiffs and Without Prejudice as to the Putative Class is hereby approved. The entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: February 16, 2022          By: /s/

      Hon. Fernando M. Olguin
      United States District Judge